Niebauer *v.* Schultz, Admr., Appellant, et al.

Argued March 25, 1935. Before FRAZER, C. J., SIMP-SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*M. E. Graham,* with him *Gunnison, Fish, Gifford & Chapin,* for appellant.

*Harold F. Mook,* for appellee.

*Frank B. Quinn,* of *English, Quinn, Leemhuis & Tayntor,* for additional defendant.

PER CURIAM, April 15, 1935:.

The facts and the law applicable to this case are admirably stated in the learned opinion of President Judge KELLER of the Superior Court. The judgment is affirmed on his opinion as reported in 114 Pa. Superior Ct. 538.